UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>C. REIF, et al.,<br><br>Defendants. | No. 2:18-cv-01088-KJM-CKD-P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 30, 2019, plaintiff filed a motion for a preliminary injunction and a temporary restraining order requesting a transfer to Corcoran State Prison. ECF No. 102 at 4. In the motion, plaintiff indicates that he was beaten by a non-party correctional officer in retaliation for filing the instant lawsuit against defendant J. Gomez. ECF No. 102 at 1-2. In this same motion, plaintiff alleges that defendant Gomez also punched him on July 24, 2019. The seriousness of the allegations in the pending motion specifically referencing a defendant in this civil action necessitate a response from defendant Gomez.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Gomez is ordered to file a response to plaintiff's July 30, 2019 motion for a preliminary injunction (ECF No. 102) within 14 days from the date of this order.
2. Defendants' response shall include a copy of any incident or I.S.U. reports related to

1

any July 24, 2019 use of force against plaintiff.[1]

Dated: August 6, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/brow1088.tro#3.docx

---

[1] Any documents or reports containing privileged material may be submitted under seal for in camera review.